UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELLIOTT DAMON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07CV0204 (JDB) |
| NATIONAL ARCHIVES and RECORDS ADMINISTRATION | ) ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on March 5, 2007.

2. After conferring with agency counsel, defendant expects to file a dispositive motion in response to plaintiff's Freedom of Information Act ("FOIA") complaint.

3. The undersigned Assistant will be out of the country from February 24, 2007 through March 5, 2007.

4. The defendant is requesting an additional thirty days to draft and file an appropriate dispositive motion.

5. The defendant is unable to comply with LCvR 7(m) as plaintiff is currently incarcerated.

Wherefore the defendant requests until April 4, 2007, to file a dispositive motion.  A

proposed Order accompanies this motion.

                        Respectfully submitted,


                        /s/
                        JEFFREY A. TAYLOR, DC Bar #498619
                        United States Attorney


                        /s/
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney


                        /s/
                        KAREN L. MELNIK DC BAR # 436452
                        Assistant United States Attorney
                        555 4TH Street, N.W. Rm. E-4112
                        Washington, D.C. 20530
                        (202) 307-0338

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time was served by first-class mail on this 21st day of February, 2007, upon:

    Damon Elliott
    Register No. 31034-037
    F.C.C. U.S.P.
    PO Box 1034
    Coleman, FL 33521

`

_____
Karen L. Melnik D.C. Bar # 436452
Assistant United States Attorney
555 4th Street, N.W. Rm E4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTT DAMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ARCHIVES and RECORDS )<br>  ADMINISTRATION )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 07CV0204 (JDB) |

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until April 4, 2007, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Damon Elliott
Register No. 31034-037
F.C.C. U.S.P.
PO Box 1034
Coleman, FL 33521

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530