UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No.  07-0204 (JDB) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #10] is GRANTED.  It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
Date:  October 30, 2007　　　　　　United States District Judge